(Pleito No. 214.—Fallado el 21 de Octubre de 1902.)

BARTOLOMEI contra EL REGISTRADOR DE LA PROPIEDAD.

SOLICITUD de un *Mandamus.*

RECURSOS GUBERNATIVOS.   Los recursos contra resoluciones de Registradores
de la Propiedad, sólo proceden cuando por ellos se niegan á inscribir, ano-
tar ó cancelar los títulos presentados al Registro; pero no cuando puedan
afectar los intereses de las partes, pues contra éstas son utilizables los
recursos franqueados por la Ley Hipotecaria.

Puerto Rico veinte y uno de Octubre de mil novecientos
dos.—Visto el presente recurso gubernativo interpuesto por el
Abogado Don Julio Mª Padilla, á nombre de Don Pedro Bar-
tolomei Franceschi, contra nota del Registrador de la Pro-
piedad sustituto de Ponce, declarando caducado el asiento de
presentación de una escritura.—Resultando: Que presentada
al Registro de la Propiedad de Ponce por Don Pedro Barto-
lomei Franceschi, en siete de Febrero último, una escritura
pública por la que Don Pedro Simón Battistini, como apode-
rado de Doña Albina Voight y de Castro, cedía y traspasaba
á favor del citado Don Pedro Bartolomei, una finca rústica
de la propiedad de dicha Señora, radicada en el barrio de
"Anón", de aquel término municipal, compuesta de ciento

noventa y ocho cuerdas, ciento nueve varas cuadradas de te-
rreno, equivalentes á setenta y ocho hectáreas, cinco áreas y
veinte y siete centiáreas, en pago de un crédito hipotecario
por valor de diez mil pesos que le era en deber la expresada
Señora; y extendida por el Registrador al pie de la misma
escritura la nota de presentación con referencia al asiento
correspondiente del libro diario, por otra nota puesta á con-
tinuación de la anterior, en diez y siete de Marzo siguiente,
declaró el Registrador caducado el referido asiento de pre-
sentación, por haber transcurrido treinta días hábiles sin que
el interesado hubiera satisfecho la contribución impuesta en
el párrafo 4, tarifa C. de la Sección 79 de la Ley para pro-
veer de rentas al pueblo de Puerto Rico.—Resultando: Que
contra esta nota ha interpuesto el Abogado Don Julio
M.ª Padilla, á nombre de Don Pedro Bartolomei y Frances-
chi, el presente recurso gubernativo ante este Tribunal Su-
premo, acompañando la expresada escritura, y solicitando se
revoque la nota puesta por el Registrador de la Propiedad y
se declare que éste debió haber practicado la inscripción de
dicho documento, ó por lo menos haber extendido anotación
preventiva con efecto legal durante ciento veinte días, y
ordenarle que verifique dicha inscripción gratuitamente,
imponiéndole además el pago del franqueo y gastos del recu-
rrente, hasta cincuenta dollars.—Siendo Ponente el Presi-
dente del Tribunal Don José S. Quiñones.—Considerando:
Que como se deduce rectamente de los artículos 66 de la Ley
Hipotecaria, 111 y 112 del Reglamento de la misma, y 1 de
la Ley votada por la Asamblea Legislativa de esta Isla, apro-
bada en primero de Marzo último, sobre recursos contra reso-
luciones de los Registradores de la Propiedad, y lo confirma
la jurisprudencia establecida por la Dirección General de
los Registros, los recursos gubernativos de la índole del in-
terpuesto ante este Tribunal Supremo por el representante
de Don Pedro Bartolomei, sólo proceden contra la negativa
de los Registradores de la Propiedad á inscribir, anotar ó
cancelar los títulos que se presentan al Registro; pero no

contra las demás resoluciones de los Registradores que puedan afectar los intereses de las partes y contra las cuales pueden los interesados utilizar los demás recursos que la misma Ley Hipotecaria les franquea.—Considerando : Que por la nota que es objeto del presente recurso gubernativo y por la que se limita el Registrador á declarar caducado el asiento de presentación de la escritura por no haber presentado el interesado los sellos de Rentas Internas, no se deniega ni se admite la inscripción del documento de referencia, ni se prejuzga en manera alguna su calificación por el Registrador al efecto de ser ó no inscribible el documento, calificación que por otra parte tampoco puede ser hecha por este Tribunal Supremo en primera instancia.—Vistas las disposiciones legales citadas y la resolución de la Dirección General de los Registros de la Propiedad, de seis de Marzo de mil ochocientos ochenta y tres.—Se declara : No haber lugar á resolver el presente recurso ; y devuélvase al Registrador de la Propiedad de Ponce el documento presentado, con copia de la presente resolución, para su conocimiento y el de los interesados y demás efectos procedentes.—Lo proveyeron y firman los Señores del Tribunal Supremo, de que certifico.

José S. Quiñones.—José C. Hernández.—José Mª Figueras.—Louis Sulzbacher.—J. H. MacLeary.—Antonio F. Castro, *Secretario*.